UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 1 2007

In the Matter of
ARBITRATION OF DISPUTES

between

LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES HEALTH FUND, UNITE HERE! and LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!
Petitioners,

and

WORLDWIDE WATER TECHNOLOGIES, INC.,
Respondent.

NOTICE OF DISMISSAL
PURSUANT TO RULE 41(a)

07 CIV. 8803 (PAC)

SIRS:

PLEASE TAKE NOTICE that the Laundry, Dry Cleaning Workers and Allied Industries Health Fund, UNITE HERE! and Laundry, Dry Cleaning Workers and Allied Industries Retirement Fund, UNITE HERE! (hereinafter, the "Petitioners"), having commenced the within proceeding by filing the Notice of Petition to Confirm Arbitration Award on October 12, 2007, and a copy of the Petition having been served on Worldwide Water Technologies, Inc. (hereinafter, the "Respondent"), and no answer or motion for Summary Judgment having been served by the Respondent, and it being the Petitioners' intention to voluntarily dismiss this action without prejudice;

THEREFORE, pursuant to the provisions of Rule 41 (a) of the Federal Rules of Civil Procedure, the within action is hereby voluntarily dismissed without prejudice. Case closed.

Dated: December 5, 2007
New York, New York

_____
Mark Schwartz, MS-0148
Attorney for Petitioners
730 Broadway, 10th Floor
New York, New York 10003-9511
(212) 539-5275

SO ORDERED: DEC 1 1 2007

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE